MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
Gary Vist (*pro hac vice*)
gvist@masudafunai.com
Asa W. Markel (Bar No. 263029)
amarkel@masudafunai.com
19191 South Vermont Avenue, Suite 420
Torrance, CA  90502
Telephone:  (310) 630-5900
Facsimile:  (310) 630-5909

Attorneys for Plaintiff Serene AST, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SERENE AST, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ANURADHA SARIPALLI, <br><br> Defendant. | Case No: 5:18-cv-02130 <br><br> **JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER** <br><br> Judge:  Hon. Susan van Keulen |

Pursuant to Civil L.R. 6-1(a), Plaintiff Serene AST, LLC and Defendant Anuradha Saripalli hereby stipulate that the date for the filing of any responsive pleading by Defendant Anuradha Saripalli has been extended to June 8, 2018.  Undersigned counsel for Defendant Anuradha Saripalli is authorized by the Defendant to sign below, but has not made an appearance in this action and does not do so by this filing.

/ / /

1  DATED: May 23, 2018					MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
2
3					*[signature]*
4					_____
5					Gary Vist
					Asa W. Markel
6
					Attorneys for Plaintiff Serene AST, LLC
7
8
9  DATED: May 23, 2018					Kimberly H. Ashbach, Esquire
10
11					*[signature]*
12					_____
13					Kimberly H. Ashbach
14
					Attorneys for Defendant Anuradha Saripalli
15

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Torrance, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 19191 South Vermont Avenue, Suite 420, Torrance, California, 90502. On the date signed below, I served the documents named below on the parties listed below as follows:

**JOINT STIPULATION RE: EXTENSION OF TIME FOR ANSWER**

☒ (BY MAIL WHERE INDICATED) I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Torrance, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Kimberly H. Ashbach, Esq.
708 Abbeydale Court
Ambler, PA 19002
Tel: 267-468-0613     Fax: 267-468-0614
Counsel for Defendant Anuradha Saripalli
(via U.S. Mail)

☐ (ELECTRONIC TRANSMISSION WHERE INDICATED) I caused the above referenced document(s) to be transmitted electronically to the interested parties in this action in their most recently known email addresses, via the Court's ECF system.

☐ (BY PERSONAL SERVICE WHERE INDICATED) I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

☐ (BY FEDERAL EXPRESS WHERE INDICATED) I am readily familiar with the practice of the firm for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on May 24, 2018 at Torrance, California.

_____
Yuko Perdue